UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD FOXMAN,

                Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 3409 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 29 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on December 28, 2005, remanding the case to the Social Security Administration's Office of Hearing and Appeals for further proceedings consistent with the Second Circuit's November 28, 2005 Summary Order; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is remanded to the Social Security Administration's Office of Hearing and Appeals for further proceedings consistent with the Second Circuit's November 28, 2005 Summary Order.

Dated: Brooklyn, New York
       December 28, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court